1072

[No. 51138-6-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. A.A.D.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01697-1, Sharon S. Armstrong, J., entered September 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51274-9-I.   Division One.   May 12, 2003.]

ANTHONY BARUFFI, *Appellant*, v. MERIT CAPITAL MANAGEMENT, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-13735-2, Glenna Hall, J., entered September 27, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51332-0-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSUE GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-03514-2, Dale B. Ramerman, J., entered October 29, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51884-4-I.   Division One.   May 12, 2003.]

*In the Matter of the Estate of* CLYDE C. BARFIELD.

SHAR BARFIELD, *Respondent*, v. BEVERLY BARFIELD-LUCAS, *as Personal Representative, Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-2-34252-3, Ronald Kessler, J., entered January 14 and 15, 2003. *Reversed* by unpublished per curiam opinion.